UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HARVEY LEE PRESTON,

          Petitioner,          Case No. 4:25-cv-14066
                                         Hon. Shalina D. Kumar

v.

TERRY WILKINS,

          Respondent.
_____/

**ORDER TRANSFERRING SUCCESSIVE HABEAS PETITION TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT**

Harvey Lee Preston ("Preston") filed this pro se petition for writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. Preston challenges his Michigan convictions for carjacking, first-degree home invasion, unarmed robbery, and second-degree criminal sexual conduct. Preston's convictions were affirmed on direct appeal. *See People v. Preston*, No. 298796, 2012 WL 5853223 (Mich. Ct. App. Oct. 30, 2012), leave denied, 493 Mich. 969 (2013).

Preston previously filed a federal habeas petition challenging his state convictions. The petition was denied on the merits and dismissed with prejudice. *Preston v. Gidley*, 2017 WL 4572336, at *1 (E.D. Mich. Oct. 12, 2017). The Sixth Case Circuit Court of Appeals denied Preston's

1

application for a certificate of appealability. *Preston v. Smith*, 2018 WL 2222599 (6th Cir. Apr. 25, 2018).

Before filing a habeas petition challenging a conviction previously challenged in a prior habeas petition, the petitioner must "move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Federal district courts lack jurisdiction to consider successive habeas petitions absent preauthorization from the court of appeals. *Franklin v. Jenkins*, 839 F.3d 465, 473 (6th Cir. 2016) (citing 28 U.S.C. § 2244(b)(3)).

When a petitioner files a second or successive habeas petition in the district court without preauthorization, the district court must transfer the case to the court of appeals. *See* 28 U.S.C. § 1631; *In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997). Here, Preston has not obtained appellate authorization to file a successive habeas petition as required under 28 U.S.C. § 2244(b)(3)(A).

Accordingly, the Clerk is **DIRECTED** to transfer the petition to the United States Court of Appeals for the Sixth Circuit as required by *Sims*.

                                                   s/Shalina D. Kumar
                                                   Shalina D. Kumar
                                                   United States District Judge

Dated: January 6, 2026